24-380

FILED
MAR 26 2024
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Del. Rev. 11/14) Pro Se General Complaint Form

## Pro Se General Complaint Form

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE
# Exhibit A

## II. BASIS FOR JURISDICTION

**X Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

<u>Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, G.A. res. 39/46, [annex, 39 U.N. GAOR Supp. (No. 51) at 197, U.N. Doc. A/39/51 (1984)], entered into force June 26, 1987.</u>

## III. VENUE

**This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.**

**Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.**
**Venue is appropriate in this Court because:**

During several years, this jurisdiction and its courts have been addressing complaints

or

lawsuits from Creditors intending to recover their money from Debtor: Petroleos de

Venezuela, and its American Alter Ego PDV Holding (PDVH), plus their subsidiaries.

Therefore, Venue is nested under 28 U.S.C § 1391(2), because, a substantial part of

said

litigation had happened and still being occurring in this District, and the purpose of this claim is to petition the recognition of the Venezuelan oil and gas workers massively fired and persecuted since the years 2002 employed by PDVSA whether directly or indirectly. My claim based on the extend of the public and notorious facts associated to these group of workers subject of senseless suffering and deprivations is based on grounds of crimes against humanity.

IV.  STATEMENT OF CLAIM

**Place(s) of occurrence: the Bolivarian Republic of Venezuela, specifically the locations in which Petroleos de Venezuela's (PDVSA) has its administrative and operational sites, all over the mentioned country territory.**

Date(s) of occurrence: Years 2002 and 2003.

**State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.**

**FACTS:**

| What happened to you? |
|---|

The below identified Claimant, is one of the estimated of twenty three thousand (23,000) Oil and Gas Workers expelled by force from the Venezuelan National Oil and Gas Company, Petroleos de Venezuela (PDVSA), these massive layoff enforced by the Army under the instructions of then President

Hugo Chavez, were motivated by political objectives in the then chavista dictatorship to concentrate power, with the intent to take direct control of the company, piercing the corporate veil between the public administration and a corporation

designed, and created during the oil and gas nationalization law of 1976; as a private entity belonging to a sole investor, the Venezuelan people. Said veil, intended to protect the company from the daily motivated political ambitions, was effectively pierced under flagrant violence by the Chavez's regime, and once Chavez took direct control of the company he flagrantly violated the law protecting the corporation, as well as any piece of law, including his own constitution he swore to protect under oath, since then the will or the powerful instead of the rule of law reign in Venezuela, and the same shameless omission to responsibly honor the obligations acquired, the chavista regime did with PDVSA's creditors the same perverse omissions were inflicted to the unfairly, and massively fired PDVSA's workers. Therefore, as of today, the Chavista Regime have de facto, for more than two (2) decades that have built,

and maintained a virtual concentration camp, in which thousands of innocent workers, and their families, have no right to claim their benefits or have another opportunity to work at the field it took the Venezuelan nation decades to train them. All of the fired workers, with no exception, have been deprived of each essential prerogative associated to the contemporary, civilized, and acceptable standards of living. In such currently functioning, virtual concentration camp, which involves the whole Venezuelan's nation territory, the massively fired Oil & Gas workers, and their families, live under total lawless, and unprotected conditions.

Based on such unprecedented status of not protection, total absence and due process of law; the proceedings, and decisions held by the Delaware jurisdiction, constitute the last opportunity for these forgotten human beings to seek remedy to the extreme level of pauperism, in which in a senseless and wantonly mode these human beings has been punished by rouge state.

It is widely understood that the law invoked to support

our claim has a consistent jurisprudence, within the United States, focused on individuals seeking protection on grounds of political persecution in a degree which otherwise not granted can have the seeker face certain torture or death.

But is also true that in our times, trying to disguise their evil goals, other forms of torture, and non-necessary physical suffering per se continue to prevail against defenceless people.

Yes, is true, the chavista regime did not inflict nor is seeking to do such things with thousands of workers and their families, but, by denying the government assistance or the attention of their complaints or the remediation of their inflicted damages, the psychological presence of torture, and by all means under psychological nature inhuman degrading treatment in a pretty long-lasting and repetitive fashion still occurring.

As said before, allow me with due respect assert, that in a global world when crimes or criminal conduct against humanity coming from brutal power abuse,

which the outcome constitute crimes against humanity, have no statute of limitation, or are limited to certain territorial jurisdiction, since Nuremberg, once the essential rights of being human are violated, any Judge, anywhere is called to provide justice, in such sense, PDVSA Holdings and Companies affiliated, are indeed liable to these workers and their families, and once their assets are transferred to their creditors, the obligation to pay those workers remain in full force and effect of being claimable, precisely based on the scope of brute, or cruel, or consistent lack disregard about human condition.

The sum of transgressions touch sacred rights granted by the nature law, by the history of human evolution in its perpetual searching for justice, by the timeless cleverness of the American Constitution, and the building of laws in which the peoples of the United States rest assured.
Our claims is also nested by ethics, as an indispensable value, and all decisions made by the United States Courts intended to protect the men, and doing so creating day by day a more perfect union.
The human beings, I am raising my voices seeking

justice, have lost any possible, present of future substantive rights, they are victims in an unstoppable mode of recurrent violations, is like, for example a group or determine class of Americans are victim of a wholesome violations of the rights consecrated the Fourteenth Amendment of the Constitution of The United States, and nobody in the country scared by a regime of terror dare to defend.

| Was anyone else involved? |
|---|

<u>Chavez's and Nicolas Maduro Dictatorships, the Judiciary and all branches of power materially controlled by the tyranny, including but not limited to the PDVSA directory, all keeping the same evil standard of retaliation by omission maintained since Chavez Presidency, denying any sort of way to resolve the atrocities above described, and upfront rejecting any possible way to consent a proper financial compensation for all the workers or legitimate successors involved.</u>

| Who did what? |
|---|

The media, the world wide web, along with other valid sources of surveillance and international control for example like the International Labour Organization (ILO), among other international institutions advocating human rights, all of them have consistently recorded, and denounced transgressions or abuses for years, made against the described sector of Venezuelan's people, such sources contain a direct and clear description of what the chavista have done and there is no other gate to seek justice but at the international or supranational level of jurisdiction, in specific before the State of Delaware Court system, in which many creditors have found satisfaction to their claims.

1. Chavez's main strategy was to challenge the workers a) by cancel benefits achieved by decades of collective bargaining agreements, and 3) anger them with his communist policies.

2. The majority of company upper management were convinced by the political establishment, (later discovered as puppets under the dictator

payroll about their invincibility), the dictator had in place a contingency plan to overcome the strike by incorporating personnel mainly from Iran and Brazil, and supporters from company's retirees, his strategy worked, the strike failed.

3. Chavez regime use all the above-indicated elements to create the conditions of anger, frustrations and disappointment among the workers to trigger the conflict, which it was exactly what happened. However, in attention to your inquiry see below who did what?

4. Chavez regime executed with excess of cruelty, the massive layoff, it was brutal, inflicted with violence. There is public records how all these events occurred.

5. Since then, the workers have faced denial of a fair judgement, payment of benefit or any proposal intended to satisfy damages, it has been an overwhelming punishment creating a class of orphan citizens deprived of any essential right inflicted damage in their dignity,

and absolute and

6. For the above reasons, we are requesting before this court to recognize the right of the workers fired during the events of 2002-2003 as legitimate, rightful creditor, in the same condition to any one, of any kind recognized before as PDVSA Holding, et al., legitimate creditors. Moreover, to give us the entitlement to work with the creditors' organizations in considerations of the court as legitimate representative of workers to find out ways to compensate them accordingly. it is important to point out before the court that the non-profit organization **PETROAMIGOS DE VENEZUELA** is a non-political party organized to be a rightful representative of the mass of workers under the described situation, they are currently leading the effort to currently conduct a realistic survey, seeking to rebuild the payroll, assumed destroy long ago by the dictardorship, and also, creating and estimating under reasonable stand points, the liquid amount of damages owed to the workers solely under the

above-described condition.

## V. INJURIES

**If you sustained injuries related to the events alleged above, describe them here.**

I have described in more and less gross terms the scope of injuries suffered, the above-described organization PETROAMIGOS DE VENEZUELA from which I have received POA have a file with interviews, which is also offered to the court, under its discretional terms, to assess the type and quantity of injuries, of any kind, inflicted to the mass of workers affected.

## VI. RELIEF

**The relief I want the court to order is:** _____

☐ **Money damages in the amount of:** $_____

▣ **Other (explain):**

As mentioned above, we offer ourselves with all possible transparency and dedication to work with the court, and the community of creditors to determine the amount of workers with the right to be compensated, for example, a possible selected the lump sum amount distributed by each worker under the same situation, we consider upfront can be a tangible possibility. We are committed to finally find justice working with the entire community of creditors to constructively and reasonably found to satisfy too much horror, pain and suffering.

## VII. CLOSING

**Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary**

delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

3/21/2024
Dated

_Leroy C/Gannett_
Plaintiff's Signature

LEROY A. GANNETT
Printed Name (Last, First, MI)

6906 PEMBROUGH KATY TEXAS 77494
Address / City / State / Zip Code

832-652-7912
Telephone Number

Ivy_garrett@yahoo.com
E-mail Address (if available)

List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

MASOOMA QUTUBUDDIN
Notary Public, State of Texas
Comm. Expires 06-01-2025
Notary ID 133130814

Masooma.
03/21/2024.