IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEROY A. GARRETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 24-00380 (JLH) |
| PETROLEOS DE VENEZUELA et al., | ) ) ) |
| Defendants. | ) |

### ORDER

At Wilmington, this __19th__ day of April 2024, the court having considered the application to proceed in District Court without prepaying fees or costs under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is DENIED based on plaintiff's annual income of $90,000.00. (D.I. 4)

2. The plaintiff shall pay the $405.00 filing fee within thirty days from the date this order is sent, or the case shall be dismissed.

_____
The Honorable Jennifer L. Hall
United States District Judge